# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI MERRYFLORIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. 12-CV-2493-IEG (DHB)<br><br>**ORDER:**<br><br>**(1) ADOPTING IN FULL REPORT AND RECOMMENDATION ;**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**(3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**[Doc. Nos. 20, 14, 15]** |

On October 15, 2012, Plaintiff Lori Merryflorian filed a complaint under Section 405(g) of the Social Security Act, requesting judicial review of the final decision of the Commissioner of the Social Security Administration that denied her claim for disability benefits. (Doc. No. 1.) Thereafter, the Court referred this matter to United States Magistrate Judge David H. Bartick, who issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant Michael J. Astrue's cross-motion for summary judgment. (Doc. No. 20.) The time for filing objections to the R&R expired on August 29, 2013. (R&R 12:5–7.) Both parties are represented by counsel, but to date, neither party has filed any objections.

## DISCUSSION

The Court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.* "When no objections are filed, the *de novo* review is waived." *Marshall v. Astrue*, No. 08cv1735, 2010 WL 841252, at *1 (S.D. Cal. Mar. 10, 2010) (Lorenz, J.).

In this case, the deadline for filing objections was on August 29, 2013. However, no objections have been filed, and neither party has requested additional time to do so. Accordingly, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121. Having conducted a *de novo* review of the parties' cross-motions for summary judgment and the R&R, the Court hereby approves and **ADOPTS IN FULL** the R&R. *See* 28 U.S.C. § 636(b)(1).

## CONCLUSION

Having reviewed the R&R and there being no objections, the Court **ADOPTS IN FULL** the R&R (Doc. No. 20), **DENIES** Plaintiff's motion for summary judgment (Doc. No. 14), and **GRANTS** Defendant's cross-motion for summary judgment (Doc. No. 15).

**IT IS SO ORDERED.**

**DATED: September 5, 2013**

**IRMA E. GONZALEZ**
**United States District Judge**